McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:98CR5079 OWW |
| | ) |
| Plaintiff, | ) MOTION TO DISMISS INDICTMENT |
| | ) AGAINST EMMANUEL G. UMALI |
| v. | ) |
| | ) |
| SOCRATES G. DOMINGO, | ) |
| EMMANUEL G. UMALI, and | ) |
| EVELINA P. SABIO, | ) |
| | ) |
| Defendants. | ) |

Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the indictment in the above-captioned action filed on March 6, 1998.

It is the government's belief that Evelina Sabio and defendant Emmanuel G. Umali learned of the investigation in the underlying case (and a corresponding case out of the Sacramento division,

1

1  United States v. Martin S. Rosman, CR.S. 98-00383 EJG[1]) and fled
2  the country to avoid charges.  More than eight years have passed
3  since the indictment was returned in this case.
4       When Evelina Sabio was arrested in Las Vegas in June 2007 she
5  was interviewed and admitted, at least in part, to some of her
6  involvement with the illegal activity charged.  The government
7  proceeded to review and evaluate the evidence still in its
8  possession and otherwise available to the government.
9  Notwithstanding the partial confession, the government concluded
10 that given the passage of time there is insufficient evidence
11 available to move forward with the criminal prosecution of Evelina
12 Sabio as charged.
13      The government has also had an opportunity to review the
14 evidence as to defendant Umali.  While the evidence is different,
15 it is likewise insufficient to move forward with the prosecution of
16 defendant Umali at this time.
17      Accordingly, the government respectfully requests that the
18 Court dismiss the indictment against Emmanuel G. Umali and release
19 her from custody ordered as a result of the indictment in the
20 above-referenced case.[2]

---

[1] The government has moved to dismiss the indictment against Emmanuel G. Umali currently pending in Sacramento for the same reasons.

[2] It is not known to the government at this time if Evelina Sabio will still be subject to detention on the basis of immigration concerns.  She is also subject to detention in the Sacramento case mentioned above.  A Motion to Dismiss the

2

```
Dated: November 6, 2007           Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney


                                  By /s/
                                    MARK E. CULLERS
                                  Assistant U. S. Attorney
```

ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment against Emmanuel G. Umali, on March 6, 1998, be and is hereby dismissed.

IT IS SO ORDERED.

**Dated:   November 7, 2007**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

---

Sacramento case has been filed on the same grounds.